**No. 57022.**—Alfred Orlik, Inc. *v*. United States, protest 177967–K (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of wooden boxes similar in all material respects to those the subject of *X-Acto Crescent Products Co., Inc.* v. *United States* (27 Cust. Ct. 190, C. D. 1368), the claim of the plaintiff was sustained.